# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSHUA D. BRODSKY,

    *Plaintiff*,

vs.

DR. MANDORTA, *et al.*,

    *Defendants*.

Case No. 2:13-cv-02249-JAD-GWF

**O R D E R**

This *pro se* prisoner civil rights action by a detainee in the Clark County Detention Center (CCDC) comes before the Court following upon plaintiff's request that the Clerk of Court issue two subpoenas.

Plaintiff seeks issuance of a subpoena to: (a) the CCDC Medical Records custodian for a copy of plaintiff's medical records; and (b) his treating physician at the facility for copies of various alleged written medical policies and procedures.

Plaintiff may not pursue requests for discovery – including but not limited to subpoenas to parties and/or non-parties for production of documents – before a scheduling order is issued in the action allowing discovery to proceed. The action remains under screening review, and a scheduling order permitting discovery to proceed has not yet been issued.[1]

////

---

[1] The Court expresses no opinion at this juncture as to whether plaintiff may obtain and possess copies of his medical records while in custody. In the state prison system, inmates are not allowed to possess copies of their medical records while in custody due to associated security issues, and an inmate may review his medical records only under narrowly limited and supervised circumstances.

1  IT THEREFORE IS ORDERED that plaintiff's request for issuance of subpoenas is
2 DENIED and no subpoenas shall be issued in this case prior to entry of a scheduling order
3 setting discovery and other deadlines, absent further order of the Court.
4  DATED: January 2, 2014

_____
GEORGE FOLEY, JR.
United States Magistrate Judge