UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSHUA D. BRODSKY,

*Plaintiff,*

vs.

DR. MANDORTA, *et al.,*

*Defendant*s.

2:13-cv-02249-JAD-GWF

**O R D E R**

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

**IT THEREFORE IS ORDERED** that this action shall be **DISMISSED** without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

Dated: April 24, 2014.

_____
JENNIFER A. DORSEY
United States District Judge