# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSHUA D. BRODSKY,

    *Plaintiff*,

vs.

DR. MANDORTA, *et al.*,

    *Defendants*.

Case No. 2:13-cv-02249-JAD-GWF

**ORDER**

Plaintiff's motion (#30) for a status check is DENIED. The motion is moot following upon the Clerk having mailed plaintiff additional copies of prior relevant orders, and a status inquiry instead must be made by a letter under Local Rule LR 7-6(b).

DATED: July 17, 2014

                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge